| | |
|---|---|
| 250053 | IN THE U.S. DISTRIC COURT OF THE JUDICIAL CIRCUIT, IN AND FOR COUNTY, FLORIDA |
| ROCKEFELLER PHOTOS, LLC, | CIRCUIT CIVIL DIVISION |
| Plaintiff, | CASE NO. 0:25-cv-60485 |
| vs. | |
| J R 6819 A MIRAMAR INC. f/d/b/a BRAVO SUPERMARKET, | |
| Defendant. _____/ | |

### DEFENDANT'S NOTICE OF SERVING RESPONSES TO PLAINTIFF'S REQUEST FOR PRODUCTION

COMES NOW, the Defendant, J R 6819 A MIRAMAR INC., f/d/b/a BRAVO SUPERMARKET, pursuant to Rule 36 of the Federal Rules of Civil Procedure, hereby gives notice of serving Responses to Plaintiff Request for Admissions.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the CM/ECF Filing Portal, which will send a notice of electronic filing to all parties of record, on this 22nd day of July, 2025.

**PENA GARCIA & DIZ PLLC**

*/s/ Luis Diz*
**Luis Diz**
Florida Bar No. 412491
Gables International Plaza
2655 South Le Jeune RoadSuite 810
Coral Gables, FL 33134
Telephone: (786) 361-4950
Emails: Ldiz@pgdlegal.com;
pdearmas@pgdlegal.com;
mzurbaran@pgdlegal.com; klima@pgdlegal.com
Attorneys for Defendant